UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-167-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JAY STEWARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:            Conspiracy to Distribute Cocaine Base

Date of Detention Hearing:    May 17, 2007

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.     Defendant appears before this Court on a Writ of Habeas Corpus Ad Prosequendum.  He was previously held in the custody of the King County Jail.  Defendant has

01  been charged with the offense of conspiracy to distribute 50 grams or more of cocaine base, a

02  Schedule II controlled substance.  The maximum penalty of this offense is in excess of ten years.

03  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight

04  risk, under 18 U.S.C. §3142(e).

05          2.          Defendant was not interviewed by Pretrial Service.  Age 22, his past criminal history

06  includes a lengthy juvenile record, multiple adult felonies, and failures to appear.  He is pending

07  sentencing in two state court felony cases.  Defendant does not contest detention.

08          3.          Taken as a whole, the record does not effectively rebut the presumption that no

09  condition or combination of conditions will reasonably assure the appearance of the defendant as

10  required and the safety of the community.

11  It is therefore ORDERED:

12          (1)          Defendant shall be detained pending trial and committed to the custody of the

13                          Attorney General for confinement in a correction facility separate, to the extent

14                          practicable, from persons awaiting or serving sentences or being held in custody

15                          pending appeal;

16          (2)          Defendant shall be afforded reasonable opportunity for private consultation with

17                          counsel;

18          (3)          On order of a court of the United States or on request of an attorney for the

19                          Government, the person in charge of the corrections facility in which defendant is

20                          confined shall deliver the defendant to a United States Marshal for the purpose of

21                          an appearance in connection with a court proceeding; and

22          (4)          The clerk shall direct copies of this Order to counsel for the United States, to

01      counsel for the defendant, to the United States Marshal, and to the United States

02      Pretrial Services Officer.

03          DATED this 17th day of May, 2007.

04

05                                          _____
                                            Mary Alice Theiler
06                                          United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 3